```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 32025
    SHELLEY ALLISON EDWARDS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-8885


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 08/27/2004 and was confirmed 11/03/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  30.35% from remaining funds.

    The case was paid in full 09/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
TRIAD FINANCIAL            SECURED           5950.00         361.03        5950.00
TRIAD FINANCIAL CORP       UNSECURED         1906.40            .00         578.55
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED          859.17            .00         260.74
CBCS                       UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC        UNSECURED         1312.94            .00         398.45
CROSS COUNTRY BANK         NOTICE ONLY     NOT FILED            .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED         4561.43            .00        1384.30
DISCOVER FINANCIAL         NOTICE ONLY     NOT FILED            .00             .00
LORD & TAYLOR              UNSECURED OTH     412.78            .00         125.26
LORD & TAYLOR              NOTICE ONLY     NOT FILED            .00             .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED            .00             .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY     NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         2188.43            .00         664.14
PROVIDIAN                  UNSECURED       NOT FILED            .00             .00
TARGET                     UNSECURED       NOT FILED            .00             .00
VERIZON WIRELESS           UNSECURED          407.25            .00         123.59
WORLD FINANCIAL NETWORK    UNSECURED          240.22            .00          72.90
PETER FRANCIS GERACI       DEBTOR ATTY      2,000.00                       2,000.00
TOM VAUGHN                 TRUSTEE                                           681.04
DEBTOR REFUND              REFUND                                             26.10

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  12,626.10

PRIORITY                                       .00
SECURED                                   5,950.00
    INTEREST                                361.03
UNSECURED                                 3,607.93

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 32025 SHELLEY ALLISON EDWARDS
```

```
ADMINISTRATIVE                                        2,000.00
TRUSTEE COMPENSATION                                    681.04
DEBTOR REFUND                                            26.10
                              ---------------   ---------------
TOTALS                             12,626.10         12,626.10
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 12/27/07           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE